# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 27, 2013

## NO. 03-12-00517-CR

**The State of Texas, Appellant**

**v.**

**Marli Shealyn Elrod, Appellee**

## APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
## AFFIRMED -- OPINION BY JUSTICE GOODWIN

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's order of suppression: **IT IS ORDERED, ADJUDGED AND DECREED** by the Court that the trial court's order of suppression is in all things affirmed; that the appellant pay all costs relating to this appeal; and that this decision be certified below for observance.